UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
TARGET CORPORATION, *et al.*,           :

               Plaintiffs,           :

               -against-           :

               Case No. 13-CV-3477 (AKH)

VISA INC., *et al.*,           :

               ORAL ARGUMENT REQUESTED

               :

            Defendants.

               :
------------------------------------------------------------ X

## DEFENDANTS' NOTICE OF MOTION
## TO STAY ALL PROCEEDINGS IN THIS ACTION PENDING
## JUDGE GLEESON'S DECISION CONCERNING THE *VISA CHECK* RELEASE

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law dated August 13, 2013, and all prior pleadings and proceedings herein, the undersigned Defendants will move this Court, before the Honorable Alvin K. Hellerstein, at a date and time to be designated by the Court, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, Courtroom 14D, New York, New York, for an Order staying all proceedings in this action until Judge John Gleeson of the United States District Court for the Eastern District of New York has entered an order or judgment determining any issues relating to Defendants' defense based on the class settlement releases in In re *Visa Check/MasterMoney Antitrust Litigation*, No. 96-CV-5238 (E.D.N.Y.) (JG) (JO).

| | |
|---|---|
| DATED: New York, New York<br>August 13, 2013 | Respectfully submitted,<br><br>**HOLWELL SHUSTER & GOLDBERG LLP**<br><br>By: /s/ Michael S. Shuster<br><br>Richard J. Holwell<br>Michael S. Shuster<br>Demian A. Ordway<br>Zachary A. Kerner<br>125 Broad Street, 39th Floor<br>New York, NY 10004<br>(646) 837-5151<br>mshuster@hsgllp.com<br><br>**ARNOLD & PORTER LLP**<br><br>Robert C. Mason<br>399 Park Avenue<br>New York, NY   10022-4690<br>(212) 715-1000<br>robert.mason@aporter.com<br><br>Robert J. Vizas<br>Three Embarcadero Center, Tenth Floor<br>San Francisco, CA   94111-4024<br><br>Mark R. Merley<br>Matthew A. Eisenstein<br>555 12th Street, NW<br>Washington, DC   20004-1206<br><br>*Attorneys for Defendants Visa Inc., Visa U.S.A. Inc., and Visa International Service Association*[1] |

---

[1] Arnold & Porter LLP is counsel to Visa as to all plaintiffs except J.C. Penney Corporation and The TJX Companies, Inc. and related entities.

WILLKIE FARR & GALLAGHER LLP

By: _____
Keila D. Ravelo
Wesley R. Powell
Matthew Freimuth
787 Seventh Avenue
New York, NY   10019-6099
(212) 728-8000
kravelo@willkie.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

Kenneth A. Gallo
2001 K Street, NW
Washington, DC   20006-1047

Andrew C. Finch
Gary R. Carney
1285 Avenue of the Americas
New York, NY   10019-6064

*Attorneys for Defendants MasterCard Incorporated and MasterCard International Incorporated*