UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

7-ELEVEN, INC. et al.,                                      :

                                                            :

                                Plaintiffs,                 :        13 Civ. 4442 (AKH)

                                                            :        **ORDER REGULATING**
              v.                                            :        **PROCEEDINGS**

                                                            :

                                                            :

VISA INC. et al.,                                           :

                                                            :

                                Defendants.                 :

------------------------------------------------------------ X
------------------------------------------------------------ X

TARGET CORPORATION et al.,                                  :

                                                            :        13 Civ. 3477 (AKH)

                                Plaintiffs,                 :

                                                            :

              v.                                            :

                                                            :

                                                            :

VISA INC. et al.,                                           :

                                                            :

                                Defendants.                 :

------------------------------------------------------------ X

ALVIN K. HELLERSTEIN, U.S.D.J.:

The request of the Target plaintiffs to attend the August 7, 2024 status conference is

granted.

1

As a supplement to my order of July 11, 2024 (ECF No. 13), a copy of which the 7-Eleven plaintiffs must provide to the Target plaintiffs, I would like the parties to confer and provide the Court with the following in advance of the conference:

- A consolidated collection of all substantive opinions written in the case up until this point, and

- A proposed schedule for how the case should progress following the conference.

I also expect to discuss the timing of a trial or trials at this conference, so the parties should be prepared to provide the Court with an estimated trial length, suggested trial dates, and expected numbers of witnesses.

SO ORDERED.

Dated:     July 18, 2024
           New York, New York

ALVIN K. HELLERSTEIN
United States District Judge