UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TARGET CORP., *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>VISA INC., *et al.*,<br><br>　　　　　　　Defendants. | Case No. 13-cv-3477 (AKH) |
| 7-ELEVEN, INC., *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>VISA INC., *et al.*,<br><br>　　　　　　　Defendants. | Case No. 13-cv-4442 (AKH) |

[Handwritten annotation by the Court: "Mot. in granted. Def'ts shall supply, to the court and adverse parties, full documents showing redactions. 8.27.24 /s/ AKHellerstein"]

**NOTICE OF MOTION FOR LEAVE TO FILE UNDER SEAL
MATERIALS IN CONNECTION WITH DEFENDANTS' MOTION
FOR A REVISED SUMMARY JUDGMENT RULING UNDER FRCP 54(B)**

PLEASE TAKE NOTICE THAT, pursuant to Rule 4(B)(i) of this Court's Individual Rules, Defendants respectfully move this Court, before the Honorable Alvin K. Hellerstein, United States District Judge, in Courtroom 14D of the Daniel Patrick Moynihan United States Courthouse, located at 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for leave to file under seal unredacted versions of: (i) Memorandum of Law in Support of Defendants' Motion for a Revised Summary Judgment Ruling under Federal Rule of Civil Procedure 54(b) (the "FRCP 54(b) Memorandum of Law"); (ii) Transmittal Declaration of Gary

R. Carney in Support of Defendants' Motion for a Revised Summary Judgment Ruling under Federal Rule of Civil Procedure 54(b) (the "FRCP 54(b) Carney Declaration"); and (iii) certain exhibits attached to the FRCP 54(b) Carney Declaration. Accordingly, pursuant to Rule 4(B)(i) of this Court's Individual Rules, Defendants are contemporaneously herewith (i) filing on ECF partially redacted copies of the FRCP 54(b) Memorandum of Law, the FRCP 54(b) Carney Declaration, and certain exhibits attached to the FRCP 54(b) Carney Declaration, as described in the memorandum of law accompanying and in support of this motion; (ii) filing on ECF placeholders for certain other exhibits attached to the FRCP 54(b) Carney Declaration, as described in the memorandum of law accompanying and in support of this motion; (iii) submitting unredacted copies of the same to the Court; and (iv) serving upon Plaintiffs in the above-captioned actions unredacted copies of the same.

The grounds for this motion are set forth in the accompanying memorandum of law.

Dated: August 21, 2024                    Respectfully submitted,

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: /s/ *Gary R. Carney*
Brette Tannenbaum
Nina Kovalenko
Gary R. Carney
1285 Avenue of the Americas
New York, NY 10019-6064
Tel.: (212) 373-3000
Fax: (212) 757-3990
btannenbaum@paulweiss.com
nkovalenko@paulweiss.com
gcarney@paulweiss.com

Kenneth A. Gallo
Donna M. Ioffredo
Lisa Danzig
2001 K Street, NW

Washington, D.C. 20006-1047
Tel.: (202) 223-7300
Fax: (202) 223-7420
kgallo@paulweiss.com
dioffredo@paulweiss.com
ldanzig@paulweiss.com

*Counsel for Defendants Mastercard Incorporated and Mastercard International Incorporated*

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: */s/ Robert J. Vizas*
Robert J. Vizas
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
(415) 471-3100
robert.vizas@arnoldporter.com

Anne P. Davis
Matthew A. Eisenstein
Rosemary Szanyi
601 Massachusetts Avenue, NW
Washington, D.C. 20001-3743
(202) 942-5000
anne.davis@arnoldporter.com
matthew.eisenstein@arnoldporter.com

**HOLWELL SHUSTER & GOLDBERG LLP**

Michael S. Shuster
Demian A. Ordway
Blair E. Kaminsky
425 Lexington Avenue
New York, NY 10017
(646) 837-5151
mshuster@hsgllp.com
dordway@hsgllp.com
bkaminsky@hsgllp.com

*Counsel for Defendants Visa Inc., Visa U.S.A. Inc., and Visa International Service Association*

3

**MORRISON & FOERSTER LLP**

By: */s/ Michael B. Miller*
Michael B. Miller
250 West 55th Street
New York, NY 10019
(212) 468-8000
mbmiller@mofo.com

Natalie Fleming Nolen
2100 L Street, NW, Suite 900
Washington, D.C. 20037
(202) 887-1500
nflemingnolen@mofo.com

*Attorneys for Defendants Bank of America Corp., Bank of America, N.A., and FIA Card Services, N.A.*

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

By: */s/ Boris Bershteyn*
Boris Bershteyn
Lara A. Flath
Kamali P. Willett
One Manhattan West
New York, NY 10001
(212) 735-3000
Boris.bershteyn@skadden.com
Lara.Flath@skadden.com
Kamali.willett@skadden.com

*Attorneys for Defendants JPMorgan Chase & Co., Paymentech, LLC (and as successor to Chase Paymentech Solutions, LLC), and JPMorgan Chase Bank, N.A. (and as successor to Chase Bank USA, N.A.)*

**SIDLEY AUSTIN LLP**

By: */s/ Benjamin R. Nagin*

4

Benjamin R. Nagin
Thomas Andrew Paskowitz
787 Seventh Ave
New York, NY 10019
(212) 839-5300
bnagin@sidley.com
tpaskowitz@sidley.com

*Attorneys for Defendants Citigroup Inc., Citibank, N.A., and Citicorp Payments Services, Inc.*

**PATTERSON BELKNAP WEBB & TYLER LLP**

By: /s/ *William F. Cavanaugh, Jr.*
William F. Cavanaugh, Jr.
Amy N. Vegari
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000
wfcavanaugh@pbwt.com
avegari@pbwt.com

*Attorneys for Defendant Wells Fargo & Company and Wells Fargo Bank, N.A.*