UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------- X
TARGET CORP., *et al.*,

                              Plaintiffs

- against -

VISA, INC., *et al.*,

                              Defendants.
---------------------------------------------------------- X
---------------------------------------------------------- X
7-ELEVEN, INC., *et al.*

                              Plaintiffs,

- against -

VISA INC., *et al.*,

                              Defendants.
---------------------------------------------------------- X

**SCHEDULING ORDER**

13 Civ. 3477 (AKH)

13 Civ. 4442 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

Trial in *Grubhub Holdings, Inc. v. Visa, Inc.*, 19 Civ. 7273 (N.D. Ill.) having been adjourned to September 2026, the trial in the above-captioned cases is hereby adjourned to April 20, 2026 at 10:00 a.m. The final pre-trial conference will be held on March 25, 2026 at 10:30 a.m.

The parties shall meet and confer, and by July 8, 2025, the parties shall file, via ECF, a joint schedule as to pretrial disclosures and briefing for the Court's consideration.

SO ORDERED.

Dated:     June 24, 2025
            New York, New York

                                                ALVIN K. HELLERSTEIN
                                                United States District Judge