UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TARGET CORPORATION, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>VISA INC., *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 1:13-cv-03477 (AKH)<br><br>**NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD** |

　　　　PLEASE TAKE NOTICE that, upon the annexed declaration of Maia Usui, and subject to the approval of the Court, Maia Usui hereby withdraws as counsel for Defendants Mastercard Incorporated and Mastercard International Incorporated (together, "Mastercard") in the above-captioned action. Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent Mastercard in this proceeding.

Dated:　New York, New York
　　　　October 22, 2024

　　　　　　　　　　　　　　　　PAUL, WEISS, RIFKIND, WHARTON & GARRISON

　　　　　　　　　　　　　　　　By: /s/ *Maia Usui*
　　　　　　　　　　　　　　　　　　Maia Usui
　　　　　　　　　　　　　　　　　　1285 Avenue of the Americas
　　　　　　　　　　　　　　　　　　New York, New York 10019-6064
　　　　　　　　　　　　　　　　　　Tel: (212) 373-3000
　　　　　　　　　　　　　　　　　　musui@paulweiss.com

SO ORDERED: 10-22-24

[signature]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TARGET CORPORATION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>VISA INC., *et al.*,<br><br>Defendants. | Case No. 1:13-cv-03477 (AKH)<br><br>**DECLARATION OF MAIA USUI** |

I, MAIA USUI, declare as follows:

1. I am an attorney at the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), counsel for Mastercard Incorporated and Mastercard International Incorporated (together, "Mastercard") in the above-captioned action. I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel because I will be leaving the employ of Paul, Weiss.

2. Paul, Weiss will continue to represent Mastercard in this matter.

3. My withdrawal will not delay the matter or prejudice any party, and I am not retaining or charging a lien.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 22, 2024
New York, New York

By: */s/ Maia Usui*
    Maia Usui

## Certificate of Service

I, Maia Usui, hereby certify that on October 22, 2024, I caused a true and correct copy of the foregoing to be served upon all parties to this litigation via the CM/ECF system, and on my client via email.

October 22, 2024  
New York, New York

/s/ *Maia Usui*  
Maia Usui