UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| No. 13 Civ. 3477 (AKH) | No. 13 Civ. 4442 (AKH) |
|---|---|
| Target Corporation et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Visa Inc. et al.,<br><br>Defendants. | 7-Eleven, Inc. et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Visa Inc. et al.,<br><br>Defendants. |

### JOINT STIPULATION CONCERNING PRETRIAL SCHEDULE

**WHEREAS**, the above-captioned actions were recently remanded to this Court for trial, having completed pre-trial proceedings in *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, 05-md-1720 (MKB)(JAM);

**WHEREAS**, on August 7, 2024, the Court ordered that trial will begin on October 20, 2025 and that three plaintiffs from the *7-Eleven* Action (Circle K, the Gap, Inc., and Marathon Petroleum Company LP) and three plaintiffs from the *Target* Action (Macy's, Inc., Target Corporation, and the TJX Companies, Inc.) will present their claims at trial (*see* ECF No. 59 in the *7-Eleven* Action and ECF No. 140 in the *Target* Action);

**WHEREAS**, on September 25, 2024, the Court so-ordered the parties' Joint Stipulation Concerning Expert Substitution and Supplementation (ECF No. 82 in the *7-Eleven* Action and ECF No. 175 in the *Target* Action);

**WHEREAS**, the parties have agreed to a schedule for remaining pretrial procedures that includes certain amendments to the supplemental expert discovery schedule;

**NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE** to the following pretrial schedule:

| November 1, 2024 | Deadline to serve rebuttal expert reports other than Messrs. Kaplan and Harvey |
| --- | --- |
| November 15, 2024 | Defendants' deadline to serve Kaplan and Harvey rebuttal expert reports |
| November 18, 2024 | Defendants' deadline to serve back-up materials for Kaplan and Harvey rebuttal expert reports |
| December 20, 2024 | Deadline for the parties to complete depositions of experts submitting supplemental reports and/or supplemental rebuttal reports |
| January 6, 2025 | Parties exchange initial good faith witness lists (by noon); Submit Joint Agenda for January 8 conference |
| January 24, 2025 – May 30, 2025 | Parties may take depositions of newly disclosed, previously undeposed fact witnesses |
| March 28, 2025 | Parties exchange good faith exhibit lists |
| May 12, 2025 | Parties exchange objections to good faith exhibit lists |
| June 25, 2025 | Parties exchange supplemental/modified witness and exhibit lists; Parties exchange deposition designations for depositions taken by May 30, 2025 |
| July 1, 2025 – August 8, 2025 | Parties may take depositions of newly disclosed, previously undeposed fact witnesses, if any ("Supplemental Depositions")[1] |
| July 15, 2025 | Parties exchange objections to newly served exhibits |
| July 18, 2025 | Parties serve motions in limine |
| July 25, 2025 | Parties exchange counter-designations of depositions taken by May 30, 2025 |
| July 31, 2025 | Parties exchange required components of joint pretrial order |
| August 8, 2025 | Deadline to conclude all supplemental fact discovery and disclosures |

---

[1] While this period is primarily intended for depositions of witnesses first disclosed in supplemental/modified witness lists, the parties may also depose third-party witnesses as needed.

| | |
|---|---|
| August 14, 2025 | Parties exchange deposition designations for Supplemental Depositions |
| July 31, 2025 – August 25, 2025 | Parties negotiate objections to components of pretrial order |
| August 25, 2025 | Parties exchange drafts of voir dire, jury instructions, and verdict form |
| August 27, 2025 | Parties exchange counter-designations for Supplemental Depositions |
| August 28, 2025 | Deadline for responses to motions in limine |
| September 4, 2025 | Parties exchange reply deposition designations and objections to counter-designations (for all depositions); Parties exchange FRE 1006 exhibits |
| September 8, 2025 | Submission of joint pretrial order (including deposition designations, counter-designations and objections, and reply designations and objections to counter-designations; exhibit lists with objections and stipulations; and stipulated facts); Parties submit respective proposed voir dire, jury instructions, and verdict forms; Motions in limine fully submitted |
| September 11, 2025 | Deadline for objections to FRE 1006 exhibits |

Dated: November 4, 2024                              Respectfully submitted,

*On Behalf of Plaintiffs:*                           *On Behalf of Defendants:*

**SHINDER CANTOR LERNER LLP**                        **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

/s/ Jeffrey I. Shinder                               /s/
Jeffrey I. Shinder                                   Brette Tannenbaum
Matthew L. Cantor                                    Nina Kovalenko
David A. Scupp                                       Gary R. Carney
14 Penn Plaza, 19th Floor                            1285 Avenue of the Americas
New York, New York 10122                             New York, NY 10019-6064
(646) 960-8602                                       Tel.: (212) 373-3000
jeffrey@scl-llp.com                                  Fax: (212) 757-3990
matthew@scl-llp.com                                  btannenbaum@paulweiss.com
david@scl-llp.com                                    nkovalenko@paulweiss.com
                                                     gcarney@paulweiss.com

**CONSTANTINE CANNON LLP**
                                                     Kenneth A. Gallo
/s/ A. Owen Glist                                    Donna M. Ioffredo
A. Owen Glist                                        Lisa Danzig
Ankur Kapoor                                         2001 K Street, NW
Taline Sahakian                                      Washington, D.C. 20006-1047
6 E. 43 Street                                       Tel.: (202) 223-7300
New York, NY                                         Fax: (202) 223-7420
(212) 350-2700                                       kgallo@paulweiss.com
oglist@constantinecannon.com                         dioffredo@paulweiss.com
akapoor@constantinecannon.com                        ldanzig@paulweiss.com
tsahakian@constantinecannon.com

*Attorneys for the 7-Eleven Plaintiffs*              *Counsel for Defendants Mastercard Incorporated and Mastercard International Incorporated*

**VORYS, SATER, SEYMOUR, AND PEASE LLP**             **ARNOLD & PORTER KAYE SCHOLER LLP**

/s/ James A. Wilson                                  /s/
James A. Wilson                                      Robert J. Vizas
Robert N. Webner                                     Three Embarcadero Center, 10th Floor
Douglas R. Matthews                                  San Francisco, CA 94111-4024
Kimberly Weber Herlihy                               (415) 471-3100
Alycia N. Broz                                       robert.vizas@arnoldporter.com
Kenneth J. Rubin

4

52 East Gay Street
Columbus, OH 43215
(614) 464-6400
jawilson@vorys.com

**GIBBS & BRUNS LLP**

Kathy D. Patrick
Barrett Reasoner
Jorge M. Gutierrez, Jr.
Nick Beachy
Erica Krennerich
1100 Louisiana Street, Suite 5300
Houston, Texas 77002
(713) 650-8805
kpatrick@gibbsbruns.com

*Attorneys for the Target Plaintiffs*

Anne P. Davis
Matthew A. Eisenstein
601 Massachusetts Avenue, NW
Washington, D.C. 20001-3743
(202) 942-5000
anne.davis@arnoldporter.com
matthew.eisenstein@arnoldporter.com

**HOLWELL SHUSTER & GOLDBERG LLP**

Michael S. Shuster
Demian A. Ordway
Jayme Jonat
425 Lexington Avenue
New York, NY 10017
(646) 837-5151
mshuster@hsgllp.com
dordway@hsgllp.com
jjonat@hsgllp.com

*Counsel for Defendants Visa Inc., Visa U.S.A. Inc., and Visa International Service Association*

**MORRISON & FOERSTER LLP**

/s/
Michael B. Miller
250 West 55th Street
New York, NY 10019
(212) 468-8000
mbmiller@mofo.com

Natalie Fleming Nolen
2100 L Street, NW, Suite 900
Washington, D.C. 20037
(202) 887-1500
nflemingnolen@mofo.com

*Attorneys for Defendants Bank of America Corp., Bank of America, N.A., and FIA Card Services, N.A.*

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

/s/_____
Boris Bershteyn
Lara A. Flath
Kamali P. Willett
One Manhattan West
New York, NY 10001
(212) 735-3000
Boris.bershteyn@skadden.com
Lara.Flath@skadden.com
Kamali.willett@skadden.com

*Attorneys for Defendants JPMorgan Chase & Co., Paymentech, LLC (and as successor to Chase Paymentech Solutions, LLC), and JPMorgan Chase Bank, N.A. (and as successor to Chase Bank USA, N.A.)*

**SIDLEY AUSTIN LLP**

/s/_____
Benjamin R. Nagin
Thomas Andrew Paskowitz
787 Seventh Ave
New York, NY 10019
(212) 839-5300
bnagin@sidley.com
tpaskowitz@sidley.com

*Attorneys for Defendants Citigroup Inc., Citibank, N.A., and Citicorp Payments Services, Inc. (now Citicorp Credit Services, Inc. (USA))*

PATTERSON BELKNAP WEBB &
TYLER LLP

/s/_____
William F. Cavanaugh, Jr.
Amy N. Vegari
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000
wfcavanaugh@pbwt.com
avegari@pbwt.com

*Attorneys for Defendant Wells Fargo &
Company and Wells Fargo Bank, N.A.*

So ordered
11-6-24
/s/ A.K. Hellerstein