UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
TARGET CORP., *et al.*,  :
                                             :  **SCHEDULING ORDER**
                  Plaintiffs  :

- against -  :

VISA, INC., *et al.*,  :  13 Civ. 3477 (AKH)

                  Defendants.  :
-------------------------------------------------------- X
-------------------------------------------------------- X
7-ELEVEN, INC., *et al.*  :
                                             :  13 Civ. 4442 (AKH)
                  Plaintiffs,  :

- against -  :

VISA INC., *et al.*,  :
                  Defendants.  :
-------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The status conference in this case scheduled for March 19, 2025 is hereby adjourned to April 2, 2025, at 2:30 p.m.

      By March 27, 2025, the parties shall submit, via email (HellersteinNYSDChambers@nysd.uscourts.gov), a joint agenda of points that either side wishes to be addressed at this status conference, as well as a joint list of attorneys who will appear on the record at the conference.

      SO ORDERED.

Dated:     March 11, 2025                        /s/ Alvin K. Hellerstein
             New York, New York            ALVIN K. HELLERSTEIN
                                                         United States District Judge