UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
TARGET CORP., *et al.*,　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:　　**SCHEDULING ORDER**
　　　　　　　　　　　　Plaintiffs　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
　- against -　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
VISA, INC., *et al.*,　　　　　　　　　　:　　13 Civ. 3477 (AKH)
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　Defendants.　　:
------------------------------------------------------- X
------------------------------------------------------- X
7-ELEVEN, INC., *et al.*　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:　　13 Civ. 4442 (AKH)
　　　　　　　　　　　　Plaintiffs,　　:
　　　　　　　　　　　　　　　　　　　　　　　:
　- against -　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
VISA INC., *et al.*,　　　　　　　　　　　:
　　　　　　　　　　　　Defendants.　　:
------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

　　　The parties shall appear for a status conference, as scheduled, on June 5, 2025, at 10:30 a.m., in Courtroom 14D.

　　　By May 28, 2025, the parties shall submit, via email (HellersteinNYSDChambers@nysd.uscourts.gov), a joint agenda of points that either side wishes to address at this status conference, as well as a joint list of attorneys who will appear on the record at the conference.

　　　　　　SO ORDERED.

Dated:　　May 19, 2025　　　　　　　　　/s/ Alvin K. Hellerstein
　　　　　　New York, New York　　　　　ALVIN K. HELLERSTEIN
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge