UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TARGET CORP., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> VISA INC., *et al.*, <br><br> Defendants. | Case No. 13-cv-3477 (AKH) |
| 7-ELEVEN, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> VISA INC., *et al.*, <br><br> Defendants. | Case No. 13-cv-4442 (AKH) |

## NOTICE OF DEFENDANTS' MOTION FOR A CONTINUANCE OF OCTOBER 20, 2025 TRIAL

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law in Support of Defendants' Motion for a Continuance of the October 20, 2025 Trial, Defendants hereby respectfully move this Court, before the Honorable Alvin K. Hellerstein, United States District Judge, in Courtroom 14D of the Daniel Patrick Moynihan United States Courthouse, located at 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an order providing for a continuance of the October 20, 2025 trial to a date following the trial in *Grubhub Holdings Inc., et al. v. Visa Inc., et al.*, No. 19-cv-07273 (N.D. Ill.), or, alternatively, to a date in January 2026. Defendants also respectfully request that this Court shorten the time for a response to their motion to seven days in light of the approaching trial date

and associated deadlines. Local Civil Rule 6.1. The grounds for Defendants' motion are set forth in the accompanying Memorandum of Law, and attached hereto is a proposed order.

Dated: June 16, 2025

Respectfully submitted,

**HOLWELL, SHUSTER & GOLDBERG LLP**

By: */s/ Michael S. Shuster*
Michael S. Shuster
Demian A. Ordway
Benjamin F. Heidlage
Gregory J. Dubinsky
425 Lexington Avenue
New York, NY 10017
(646) 837-5151
mshuster@hsgllp.com
dordway@hsgllp.com
bheidlage@hsgllp.com
gdubinsky@hsgllp.com

**ARNOLD & PORTER KAYE SCHOLER LLP**

Robert J. Vizas
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
(415) 471-3100
robert.vizas@arnoldporter.com

Anne P. Davis
Matthew A. Eisenstein
Rosemary Szanyi
601 Massachusetts Avenue, NW
Washington, D.C. 20001-3743
(202) 942-5000
anne.davis@arnoldporter.com
matthew.eisenstein@arnoldporter.com
rosemary.szanyi@arnoldporter.com

*Counsel for Defendants Visa Inc., Visa U.S.A. Inc., and Visa International Service Association*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: */s/ Kenneth A. Gallo*
Kenneth A. Gallo
Donna M. Ioffredo
Lisa Danzig
2001 K Street, NW
Washington, D.C. 20006-1047
Tel.: (202) 223-7300
Fax: (202) 223-7420
kgallo@paulweiss.com
dioffredo@paulweiss.com
ldanzig@paulweiss.com

Brette Tannenbaum
Nina Kovalenko
1285 Avenue of the Americas
New York, NY 10019-6064
Tel.: (212) 373-3000
Fax: (212) 757-3990
btannenbaum@paulweiss.com
nkovalenko@paulweiss.com

*Counsel for Defendants Mastercard Incorporated and Mastercard International Incorporated*

**MORRISON & FOERSTER LLP**

By: */s/ Natalie Fleming Nolen*
Natalie Fleming Nolen
2100 L Street, NW, Suite 900
Washington, D.C. 20037
(202) 887-1500
nflemingnolen@mofo.com

Michael B. Miller
Mika M. Fitzgerald
250 West 55th Street
New York, NY 10019
(212) 468-8000
mbmiller@mofo.com
mfitzgerald@mofo.com

*Attorneys for Defendants Bank of America Corp., Bank of America, N.A., and FIA Card Services, N.A.*

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

By: */s/ Boris Bershteyn*
Boris Bershteyn
Lara A. Flath
Kamali P. Willett
One Manhattan West
New York, NY 10001
(212) 735-3000
Boris.bershteyn@skadden.com
Lara.Flath@skadden.com
Kamali.willett@skadden.com

*Attorneys for Defendants JPMorgan Chase & Co., Paymentech, LLC (and as successor to Chase Paymentech Solutions, LLC), and JPMorgan Chase Bank, N.A. (and as successor to Chase Bank USA, N.A.)*

**SIDLEY AUSTIN LLP**

By: */s/ Benjamin R. Nagin*
Benjamin R. Nagin
Thomas Andrew Paskowitz
787 Seventh Ave
New York, NY 10019
(212) 839-5300
bnagin@sidley.com
tpaskowitz@sidley.com

*Attorneys for Defendants Citigroup Inc., Citibank, N.A., and Citicorp Payments Services, Inc. (now Citicorp Credit Services, Inc. (USA))*

**PATTERSON BELKNAP WEBB & TYLER LLP**

By: */s/ William F. Cavanaugh, Jr.*
William F. Cavanaugh, Jr.
Amy N. Vegari
1133 Avenue of the Americas

New York, NY 10036
(212) 336-2000
wfcavanaugh@pbwt.com
avegari@pbwt.com

*Attorneys for Defendants Wells Fargo & Company and Wells Fargo Bank, N.A.*