UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------ X
TARGET CORP., *et al.*,            :
                                                  :          **ORDER**
                        Plaintiffs    :
                                                  :
   - against -                              :
                                                  :
VISA, INC., *et al.*,                    :          13 Civ. 3477 (AKH)
                                                  :
                        Defendants.  :
------------------------------------------------------ X
------------------------------------------------------ X
7-ELEVEN, INC., *et al.*             :
                                                  :          13 Civ. 4442 (AKH)
                        Plaintiffs,   :
                                                  :
   - against -                              :
                                                  :
VISA INC., *et al.*,                    :
                        Defendants.  :
------------------------------------------------------ X

ALVIN K. HELLERSTEIN, U.S.D.J.:

     Defendants' motion to adjourn the trial scheduled to begin October 20, 2025 at 10:00 a.m., with the final pre-trial conference to be held on September 15, 2025 at 10:00 a.m., is held in abeyance.  Judge Edmond E. Chang and I have conferred about our respective trial calendars and prospective trial dates, and he will entertain a motion to adjourn the trial of *Grubhub v. Visa*, 19 Civ. 7273 (N.D. Ill.) to allow me to begin trial of the cases before me on April 20, 2026. Notice of any motion shall be given to Plaintiffs to allow them to make any showing of prejudice because of such adjournment.  Defendants shall give Judge Chang notice of this order, and file copies of their motion and opposition papers in the cases before me.

     I shall consider Defendants' motion in the cases over which I preside after Judge Chang decides any motion to adjourn the *Grubhub* trial.  In the meantime, and if Defendants are not

able to obtain the relief they seek, the existing trial schedule remains in effect, with trial to begin October 20, 2025.

The Clerk of Court shall terminate ECF No. 253 of 13 Civ. 3477, and ECF No. 156 of 13 Civ. 4442.

SO ORDERED.

Dated: June 17, 2025
New York, New York

/s/  Alvin K. Hellerstein
ALVIN K. HELLERSTEIN
United States District Judge