

June 23, 2025

**VIA ECF**

Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    *Target Corp., et al. v. Visa Inc., et al.*, 13-cv-03477-AKH

Dear Judge Hellerstein:

    As you may be aware, Judge Chang today continued the trial of the *Grubhub* case to September 2026 to permit this Court to try the claims of the *Target* and *7-Eleven* plaintiffs beginning on April 20, 2026.

    Pursuant to the Court's direction in ECF No. 256, Plaintiffs understand that this Court therefore will adjourn and reset the trial date in these cases to April 20, 2026 and set a final pretrial conference for March 25, 2026 at 10:30 a.m.

    Plaintiffs will work with Defendants to revise the schedule for pretrial exchanges and will submit a revised schedule for the Court's consideration shortly.

                         Respectfully submitted,

                         **GIBBS & BRUNS LLP**

                         */s/ Kathy D. Patrick*

                         **VORYS, SATER, SEYMOUR AND PEASE LLP**

                         */s/ James A. Wilson*

                         *Counsel for the Target Plaintiffs*