UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------

Target Corporation *et al.*,

        Plaintiffs,    Case No. 13-cv-3477 (AKH)

v.

Visa Inc. *et al*.,

        Defendants.

-------------------------------------------------------

## MOTION FOR ENTRY OF TRIAL MANAGEMENT PROCEDURES AND TRIAL SETTING

Plaintiffs respectfully move this Court, pursuant to Federal Rule of Civil Procedure 40 and S.D.N.Y./E.D.N.Y. Local Civil Rule 40.1, for issuance of an order establishing trial management procedures and trial settings for the claims of the remaining Plaintiffs in the above-captioned case whose claims are not currently set to be addressed in the trial to begin on April 20, 2026. As grounds therefor, Plaintiffs submit that establishment of such procedures is necessary to avoid the prejudice and unfairness to those Plaintiffs that would otherwise be inflicted by the lack of a structure and schedule that mandates and ensures a prompt trial of their "trial ready" claims. A memorandum in support is filed herewith.

| | |
|---|---|
| Dated July 9, 2025 | Respectfully submitted, |
| | **VORYS, SATER, SEYMOUR AND PEASE LLP** |
| | *s/ James A. Wilson* |
| | James A. Wilson |
| | Robert N. Webner |
| | Douglas R. Matthews |
| | Kimberly Weber Herlihy |
| | Alycia N. Broz |
| | Kenneth J. Rubin |
| | 52 East Gay Street |
| | Columbus, OH 43215 |
| | (614) 464-6400 |
| | jawilson@vorys.com |
| | **GIBBS & BRUNS LLP** |
| | Kathy D. Patrick |
| | Barrett Reasoner |
| | Jorge M. Gutierrez, Jr. |
| | Nick Beachy |
| | Erica Krennerich |
| | 1100 Louisiana Street, Suite 5300 |
| | Houston, Texas 77002 |
| | (713) 650-8805 |
| | kpatrick@gibbsbruns.com |
| | *Attorneys for Target Plaintiffs* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 9th day of July, 2025, a true and accurate copy of the foregoing was electronically filed with the Court. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                               */s/ James A. Wilson*
                                                               James A. Wilson