UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
TARGET CORP., *et al.*,　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:　　**SCHEDULING ORDER**
　　　　　　　　　　　　Plaintiffs　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:
　　- against -　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:
VISA, INC., *et al.*,　　　　　　　　　　　　　　:　　13 Civ. 3477 (AKH)
　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　Defendants.　　　　　　 :
------------------------------------------------------- X
------------------------------------------------------- X
7-ELEVEN, INC., *et al.*　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:　　13 Civ. 4442 (AKH)
　　　　　　　　　　　　Plaintiffs,　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:
　　- against -　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:
VISA INC., *et al.*,　　　　　　　　　　　　　　 :
　　　　　　　　　　　　Defendants.　　　　　　 :
------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

　　　　The status conference scheduled for July 14, 2025 is hereby advanced to begin at 11:00 a.m. in Courtroom 14D.

　　　　By July 14, 2025, the parties shall submit (via email to HellersteinNYSDChambers@nysd.uscourts.gov) a joint list of the attorneys expected to appear on the record at this status conference.

　　　　　　　　SO ORDERED.

Dated:　　July 14, 2025　　　　　　　　　　　_____/s/ Alvin K. Hellerstein_____
　　　　　New York, New York　　　　　　　　　　ALVIN K. HELLERSTEIN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge