UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
TARGET CORP., *et al.*,

                        Plaintiffs

    - against -

VISA, INC., *et al.*,

                        Defendants.
------------------------------------------------------------ X
------------------------------------------------------------ X
7-ELEVEN, INC., *et al.*

                        Plaintiffs,

    - against -

VISA INC., *et al.*,

                        Defendants.
------------------------------------------------------------ X

**ORDER REGULATING PROCEEDINGS**

13 Civ. 3477 (AKH)

13 Civ. 4442 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

For the reasons stated on the record at today's status conference:

1. On consent of the parties, I order the substitution of Office Depot/Office Max in place of Target Corp., which has settled its case in 13 Civ. 3477, for the trial set to begin April 20, 2026.

2. Plaintiffs' motion to designate additional, alternate trial plaintiffs is denied without prejudice to renewal if a plaintiff slated for trial beginning April 20, 2026 settles its claims.

3. Plaintiffs' motion to set a new trial date is denied.

The Clerk of Court shall terminate ECF No. 266 of 13 Civ. 3477 and ECF No. 165 of 13 Civ. 4442.

SO ORDERED.

Dated:     July 16, 2025
             New York, New York

                                                ALVIN K. HELLERSTEIN
                                              United States District Judge