UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Target Corp., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Visa Inc., et al.,<br><br>Defendants. | No. 13cv3477 (AKH)<br><br>STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE |

WHEREAS plaintiff Big Lots, Inc. ("Plaintiff"), which is a plaintiff in the action *Target Corp., et al. v. Visa Inc., et al.*, No. 13-cv-3477 (S.D.N.Y.), having fully settled all of its claims against all of the defendants in the *Target* action — i.e., Visa Inc., Visa U.S.A. Inc., and Visa International Service Association (collectively the "Visa Defendants"), and Mastercard International Incorporated and Mastercard Incorporated (collectively the "Mastercard Defendants") — by and through the undersigned counsel, hereby stipulates and agrees, pursuant to Federal Rule of Civil Procedure 41(a), that the Plaintiff's claims and action against the Visa Defendants and the Mastercard Defendants be dismissed with prejudice, and with each side to bear its own attorneys' fees and costs.

WHEREAS the Delaware Bankruptcy Court, in Plaintiff's bankruptcy case pending under chapter 11 of the Bankruptcy Code, Case No. 24-11967, approved the settlement pursuant to Section 105(a) of the Bankruptcy Code and Rule 9019(a) of the Bankruptcy Rules.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the claims and action of Big Lots, Inc. be and hereby are dismissed with prejudice, with each side to bear its own attorneys' fees and costs.

Dated: October 15, 2025.

        VORYS, SATER, SEYMOUR AND PEASE LLP

        By: /s/ James A. Wilson

        James A. Wilson
        Robert N. Webner
        Douglas R. Matthews
        Kimberly Weber Herlihy
        Alycia N. Broz
        Kenneth J. Rubin
        52 East Gay Street
        Columbus, OH 43215
        (614) 464-6400
        jawilson@vorys.com

        **GIBBS & BRUNS LLP**

        Kathy D. Patrick
        Barrett Reasoner
        Jorge M. Gutierrez, Jr.
        Nick Beachy
        Erica Krennerich
        1100 Louisiana Street, Suite 5300
        Houston, Texas 77002
        (713) 650-8805
        kpatrick@gibbsbruns.com

        *Attorneys for Plaintiff Big Lots, Inc.*

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/ Robert J. Vizas

Robert J. Vizas
Three Embarcadero Center, 10th Floor
San Francisco, CA  94111-4024
(415) 471-3100
robert.vizas@arnoldporter.com

Anne P. Davis
Matthew A. Eisenstein
601 Massachusetts Avenue, NW
Washington, DC  20001-3743
(202) 942-5000
anne.davis@arnoldporter.com
matthew.eisenstein@arnoldporter.com

**HOLWELL SHUSTER & GOLDBERG LLP**

Michael S. Shuster
Demian A. Ordway
Blair E. Kaminsky
425 Lexington Avenue
New York, NY  10017
(646) 837-5151
mshuster@hsgllp.com
dordway@hsgllp.com
bkaminsky@hsgllp.com

*Attorneys for Defendants Visa Inc., Visa U.S.A. Inc., and Visa International Service Association*[1]

---

[1] Arnold & Porter Kaye Scholer LLP is counsel to the Visa defendants as to all plaintiffs except for JC Penney Corporation and The TJX Companies, Inc. and related entities.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ Brette Tannenbaum
Brette Tannenbaum
Nina Kovalenko
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000
btannenbaum@paulweiss.com
nkovalenko@paulweiss.com

Kenneth A. Gallo
Donna M. Ioffredo
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7300
kgallo@paulweiss.com
dioffredo@paulweiss.com

*Attorneys for Defendants Mastercard Incorporated and Mastercard International Incorporated*

SO ORDERED:

Dated: 10-16-25

/s/

-4-