**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

Target Corp., et al.,

        Plaintiffs,

v.

Visa Inc., et al.,

        Defendants.

No. 13cv3477 (AKH)

**STIPULATION AND PROPOSED
ORDER OF DISMISSAL WITH
PREJUDICE**

WHEREAS plaintiffs SFA Holdings Inc., HBC US Holdings LLC, Saks & Company LLC, Saks Fifth Avenue Texas Real Property LLC, Saks Fifth Avenue LLC, SCCA Store Holdings Real Property LLC, Saks Direct, LLC, Saks.com Holdings LLC, Saks.com LLC, Saks OFF 5TH Holdings LLC, Saks OFF 5TH LLC, HBC US Propco Holdings LLC, GHBC City, Inc., GHBC Groupe, Inc., Club Libby Lu, Inc. and Lord & Taylor LLC ("Plaintiffs"), which are plaintiffs in the action *Target Corp., et al. v. Visa Inc., et al.*, No. 13-cv-3477 (S.D.N.Y.), having fully settled all of their claims against all of the defendants in the *Target* action — i.e., Visa Inc., Visa U.S.A. Inc., and Visa International Service Association (collectively the "Visa Defendants"), and Mastercard International Incorporated and Mastercard Incorporated (collectively the "Mastercard Defendants") — by and through their undersigned counsel, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a), that Plaintiffs' claims and action against the Visa Defendants and the Mastercard Defendants be dismissed with prejudice, and with each side to bear its own attorneys' fees and costs; and

WHEREAS in Plaintiffs' bankruptcy case pending under chapter 11 of the Bankruptcy Code, jointly administered under Case No. 26-90103 (ARP) (Bankr. S.D. Tex.), the United

States Bankruptcy Court for the Southern District of Texas, approved the settlement pursuant to section 105(a) of title 11 of the United States Code and Federal Rules of Bankruptcy Procedures 9019(a);

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the claims and action of Plaintiffs be and hereby are dismissed with prejudice, with each side to bear its own attorneys' fees and costs.

Dated: March 3 , 2026

<div style="margin-left:40%">

**VORYS, SATER, SEYMOUR AND PEASE LLP**

By: *Kimberly W Herlihy*

Kimberly Weber Herlihy
Robert N. Webner
Douglas R. Matthews
Alycia N. Broz
Kenneth J. Rubin
52 East Gay Street
Columbus, OH 43215
(614) 464-6400
kwherlihy@vorys.com

**GIBBS & BRUNS LLP**

Kathy D. Patrick
Barrett Reasoner
Jorge M. Gutierrez, Jr.
Nick Beachy
Erica Krennerich
1100 Louisiana Street, Suite 5300
Houston, Texas 77002
(713) 650-8805
kpatrick@gibbsbruns.com

*Attorneys for Plaintiffs SFA Holdings Inc., HBC US Holdings LLC, Saks & Company LLC, Saks Fifth Avenue Texas Real Property LLC, Saks Fifth Avenue LLC, SCCA Store Holdings Real Property LLC, Saks Direct, LLC, Saks.com Holdings LLC, Saks.com LLC,*

</div>

*Saks OFF 5TH Holdings LLC, Saks OFF 5TH LLC, HBC US Propco Holdings LLC, GHBC City, Inc., GHBC Groupe, Inc., Club Libby Lu, Inc. and Lord & Taylor LLC*

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: _____

Robert J. Vizas
Three Embarcadero Center, 10th Floor
San Francisco, CA   94111-4024
(415) 471-3100
robert.vizas@arnoldporter.com

Anne P. Davis
Matthew A. Eisenstein
601 Massachusetts Avenue, NW
Washington, DC   20001-3743
(202) 942-5000
anne.davis@arnoldporter.com
matthew.eisenstein@arnoldporter.com

**HOLWELL SHUSTER & GOLDBERG LLP**

Michael S. Shuster
Demian A. Ordway
Blair E. Kaminsky
425 Lexington Avenue
New York, NY   10017
(646) 837-5151
mshuster@hsgllp.com
dordway@hsgllp.com
bkaminsky@hsgllp.com

*Attorneys for Defendants Visa Inc., Visa U.S.A. Inc., and Visa International Service Association*[1]

---

[1] Arnold & Porter Kaye Scholer LLP is counsel to the Visa defendants as to all plaintiffs except for JC Penney Corporation and The TJX Companies, Inc. and related entities.

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By: _____

William B. Michael
Brette Tannenbaum
Nina Kovalenko
1285 Avenue of the Americas
New York, NY   10019-6064
(212) 373-3000
wmichael@paulweiss.com
btannenbaum@paulweiss.com
nkovalenko@paulweiss.com

Donna M. Ioffredo
2001 K Street, NW
Washington, DC   20006-1047
(202) 223-7300
dioffredo@paulweiss.com

*Attorneys for Defendants Mastercard Incorporated
and Mastercard International Incorporated*

**SO ORDERED:**

Dated:

**3/5/26**
_____
New York, New York

_____
United States District Judge